# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SIMON CALVIN SIMMS-HIATT,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>Respondent(s). | No. CV 22-09006-DOC (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

//
//
//
//
//
//
//
//

IT IS THEREFORE ORDERED that Judgment be entered (1) dismissing Petitioner's request for compassionate release without prejudice to Petitioner properly filing a motion for reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) in the sentencing court; and (2) denying the Petition and dismissing this action with prejudice.

Date: August 18, 2023

*David O. Carter*
DAVID O. CARTER
United States District Judge