# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SIMON CALVIN SIMMS-HIATT, | No. CV 22-09006-DOC (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA et al., | |
| Respondent(s). | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Petitioner's request for compassionate release is dismissed without prejudice to Petitioner properly filing a motion for reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) in the sentencing court. IT IS FURTHER ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

Date: August 18, 2023

*David O. Carter*

DAVID O. CARTER
United States District Judge